UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

PLAZA ATHENEE HOTEL COMPANY LIMITED,  Case No. 1:21-cv-03245
d/b/a PLAZA ATHENEE HOTEL

            Plaintiff,  **NOTICE OF MOTION**

-against-

CONTINENTAL CASUALTY COMPANY

            Defendant.
———————————————————————X

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Kevin F. Buckley, the exhibits thereto, and the accompanying Memorandum of Law, Defendant Continental Casualty Company, will move this Court, before the Honorable Mary Kay Vyskocil, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 18C, at a date and time to be determined by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice the Plaintiff's First Amended Complaint, and granting such other and further relief as the Court deems just and proper.

Dated:   New York, New York
           August 17, 2021

                            **MOUND COTTON WOLLAN & GREENGRASS LLP**

                          By: _____
                              Kevin F. Buckley, Esq.
                              Jodi S. Tesser, Esq.
                              Rachel M. Horzempa, Esq.

        Attorneys for Defendant
Continental Casualty Company
One New York Plaza, 44th Fl.
New York, New York 10004
(212) 804-4200
KBuckley@moundcotton.com
JTesser@moundcotton.com
Rhorzempa@moundcotton.com