UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X          Case No. 1:21-cv-03245
PLAZA ATHENEE HOTEL COMPANY LIMITED,
d/b/a PLAZA ATHENEE HOTEL

                                    Plaintiff,                **DECLARATION OF**
                                                             **RANDOLPH JANIS**

             -against-

CONTINENTAL CASUALTY COMPANY
                                    Defendants.
-----------------------------------------------------------------X

I, RANDOLPH JANIS, hereby declare pursuant to 28 U.S.C. §1746 that:

1.     I am a Partner with the firm of Douglas & London, P.C., attorneys for plaintiff

and respectfully submit this Declaration in support of Plaintiff's opposition to Defendant's

Motion to Dismiss. .

2.     Attached as Exhibit A is a true and correct copy of Defendant's denial letter.

3.     Attached as Exhibit B is a true and correct copy of the subject insurance Policy.

4.     Attached as Exhibit C is a true and correct copy of Plaintiff's First Amended
        Complaint.

**I declare under penalty of perjury under the laws of the United States of America pursuant
to 28 U.S.C. §1746 that the foregoing is true and correct.**

Dated this 29th day of August , 2021

                          */s/ Randolph Janis*

                          Randolph Janis