UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PLAZA ATHENEE HOTEL COMPANY
LIMITED d/b/a PLAZA ATHENEE HOTEL,

                      Plaintiff,

-against-

                  21 **CIVIL** 3245 (MKV)

                  **JUDGMENT**

CONTINENTAL CASUALTY COMPANY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2022, the motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        March 28, 2022

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                        **BY:**

                                                **Deputy Clerk**